

**SEALED**

**FILED**

SEP 1 6 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. **2 4 CR - 3 0 2 SEH** |
| **Plaintiff,** | **FILED UNDER SEAL** |
| v. | **INDICTMENT** |
| **EVAN CHRISTOPHER LEE,** | [COUNT ONE: 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Receipt and Distribution of Child Pornography; |
| **Defendant.** | COUNT TWO: 18 U.S.C. §§ 2252(a)(4)(A) and 2252(b)(2) – Possession of Child Pornography in Indian Country; Forfeiture Allegation: 18 U.S.C. § 2253 – Child Exploitation Forfeiture] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From on or about July 27, 2024, to on or about September 4, 2024, in the Northern District of Oklahoma, the defendant, **EVAN CHRISTOPHER LEE**, knowingly received and distributed any visual depiction using any means and facility of interstate and foreign commerce, where the production of that visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWO
**[18 U.S.C. §§ 2252(a)(4)(A) and 2252(b)(2)]**

From on or about July 27, 2024, to on or about September 4, 2024, within Indian Country in the Northern District of Oklahoma, the defendant, **EVAN CHRISTOPHER LEE**, knowingly possessed any visual depiction, the production of that visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct. The visual depiction involved at least one minor who had not attained 12 years of age engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(A) and 2252(b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **EVAN CHRISTOPHER LEE**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law.

All pursuant to Title 18, United States Code, Section 2253.

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

ASHLEY ROBERT
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson

3